# DOCUMENT ENTERED TO RECORD IN ERROR.